

| Form Type | 1088G - Call or Message to Wireless Device (Cell Phone or Pager) Complaint | | |
|---|---|---|---|
| Complaint Number | 12-T00894444-1 | Complaint Source | Web |
| Category | | Attachments | No |

**Complainant Information**

| Company | |
|---|---|
| Address | bb |
| City/State/Zip Code | Meridian   ID   83646 |

**Complaint Information**

| Company | TOM from home security | Vivint Home Security |
|---|---|---|

| Comments | http://www.vivint.com/<br>if you listen and answer to their pre-recorded message they attempt to transfer you to vivint.  at first they just say this is TOM from home protection...... |
|---|---|



| Form Type | 1088G - Call or Message to Wireless Device (Cell Phone or Pager) Complaint | | |
|---|---|---|---|
| Complaint Number | 12-T00914598-1 | Complaint Source | Web |
| Category | | Attachments | No |
| **Complainant Information** | | | |
| Company | | | |
| Address | ▬▬▬▬▬▬ b6 | | |
| City/State/Zip Code | Maple Valley | WA | 98038 |
| **Complaint Information** | | | |
| Company | Not Given   Vivint   vivint.com | | |
| Comments | Home alarm system<br><br>from rep and caller id<br>When asked to remove from list, they immediately hang up every time they call | | |

| | |
|---|---|
| Form Type | 1088B - Live Call Received at a Residential Telephone Line Complaint |
| Complaint Number | 12-T00923286-1 |
| Complaint Source | Web |
| Category | |
| Attachments | No |

**Complainant Information**

| | |
|---|---|
| Company | Vivint (old APX) home security alarm company |
| Address | 740 Brookside Dr |
| City/State/Zip Code | Newport News    VA    23602 |

**Complaint Information**

| | |
|---|---|
| Company | Vivint Alarm System |
| Comments | Home alarm system |



| Form Type | 1088G - Call or Message to Wireless Device (Cell Phone or Pager) Complaint | | |
|---|---|---|---|
| Complaint Number | 12-T00931143-1 | Complaint Source | Web |
| Category | | Attachments | No |

**Complainant Information**

| Company | |
|---|---|
| Address | |
| City/State/Zip Code | Honolulu    HI    96815 |

**Complaint Information**

| Company | "Gresham, OR"    Vivint.com? |
|---|---|
| Comments | Sr. Director of Marketing is a guy by the name of Sam Smith. Lots of complaints about this number bothering others found online. Caller simply hangs up. No identification during the call. |

| | |
|---|---|
| Form Type | 1088G - Call or Message to Wireless Device (Cell Phone or Pager) Complaint |
| Complaint Number | 12-T00931320-1 |
| Complaint Source | Web |
| Category | |
| Attachments | No |

**Complainant Information**

| | |
|---|---|
| Company | |
| Address |  |
| City/State/Zip Code | Canton   MI   48188 |

**Complaint Information**

| | |
|---|---|
| Company | Skyler   vivint.com |
| Comments | security systems<br>Listens until I got enough information to report.  Request they remove my number from the calling however they just continue to call almost daily.  Have never done business or requested information from this company.<br>Reverse look up show phone # in Gresham, Oregon<br>After voicing a request to DO NOT CALL, the just hang up the phone.  Then continue to call almost daily. |

| Form Type | 1088G - Call or Message to Wireless Device (Cell Phone or Pager) Complaint | | |
|---|---|---|---|
| Complaint Number | 12-T00933598-1 | Complaint Source | Web |
| Category | | Attachments | No |

**Complainant Information**

| Company |  |
|---|---|
| Address | |
| City/State/Zip Code | McLean    VA    22102 |

**Complaint Information**

| Company | vivint.com |
|---|---|
| | home security equipment |
| Comments | There's a site that has a lot of people complaining about this number and their complaints. http://www.callercenter.com/971-220-1003.html. |
| | I never picked up the call. I have found most of the information afterwards by doing a web search as seen below. Since adding myself to the do not call list, I have seen my marketing become more frequent. |

| Form Type | 1088G - Call or Message to Wireless Device (Cell Phone or Pager) Complaint | | |
|---|---|---|---|
| Complaint Number | 12-T00936830-1 | Complaint Source | Web |
| Category | | Attachments | No |

**Complainant Information**

| Company | |
|---|---|
| Address | |
| City/State/Zip Code | Norridge   IL   60706 |

**Complaint Information**

| Company | http://www.vivint.com/   Tom? |
|---|---|
| Comments | Home Security<br><br>Pretended to be interested<br>They said they would take me off their list |

| Form Type | 1088B - Live Call Received at a Residential Telephone Line Complaint | | |
|---|---|---|---|
| Complaint Number | 12-T00936991-1 | Complaint Source | Web |
| Category | | Attachments | No |

**Complainant Information**

| Company |  |
|---|---|
| Address | |
| City/State/Zip Code | New Britain    CT    06053 |

**Complaint Information**

| Company | DRIECTACCESS  LHELP, www.vivint.com |
|---|---|
| Comments | Security system.<br><br>Caller ID and web search.<br>Have received 2 telemarketing calls since request. Both have been made on 5/1/2012. They are listed above. |



| Form Type | 1088G - Call or Message to Wireless Device (Cell Phone or Pager) Complaint | | |
|---|---|---|---|
| Complaint Number | 12-T00944101-1 | Complaint Source | Web |
| Category | | Attachments | No |

**Complainant Information**

| Company | |
|---|---|
| Address | |
| City/State/Zip Code | weston FL 33326 |

**Complaint Information**

| Company | None provided. | Tom | Vivint Home automation |
|---|---|---|---|

| Comments | I have received hundreds of calls from this company in the past few months. I searched online and many other people have complained about these numbers as well. One internet user found their actual company name after staying on the phone with them; they refuse to give it up when they actually call.<br>I have asked them to stop calling at least 5 times. The caller says OK, the calls have not stopped. |
|---|---|

| Form Type | 1088G - Call or Message to Wireless Device (Cell Phone or Pager) Complaint | | |
|---|---|---|---|
| Complaint Number | 12-T00949950-1 | Complaint Source | Web |
| Category | | Attachments | No |

**Complainant Information**

| Company | |
|---|---|
| Address | ████████ bb |
| City/State/Zip Code | Webster      NY      14580 |

**Complaint Information**

| Company | Kent, WA | VIVINT HOME SECURITY / AUTOMATION | VIVINT HOME SECURITY / AUTOMATION (WWW.VIVINT.COM) |
|---|---|---|---|

| Comments | Security system<br>Caller ID did not list a company name only town and state<br>WWW.VIVINT.COM<br>Spent a 1/2 hour with the recording and then telemarketer, coaxed the company information out of him by sounding very interested in their security to learn who they were to report a real number |
|---|---|

| Form Type | 1088G - Call or Message to Wireless Device (Cell Phone or Pager) Complaint | | |
|---|---|---|---|
| Complaint Number | 12-T00956907-1 | Complaint Source | Web |
| Category | | Attachments | No |

**Complainant Information**

| Company | |
|---|---|
| Address | ▓▓▓▓▓▓▓▓ |
| City/State/Zip Code | Wilmington   DE   19806 |

**Complaint Information**

| Company | Home Security One   Vivint, Inc. |
|---|---|
| Comments | Home Security System.<br><br>4931 N. 300 W. Provo, UT, 84604-5816<br>http://800notes.com/Phone.aspx/1-253-246-8514/20<br>Received subsequent call from same source, making identical offer, from 971-220-1761. |

| Form Type | 1088B - Live Call Received at a Residential Telephone Line Complaint | | |
|---|---|---|---|
| Complaint Number | 12-T00958188-1 | Complaint Source | Web |
| Category | | Attachments | No |

**Complainant Information**

| Company | [redacted] bb |
|---|---|
| Address | [redacted] |
| City/State/Zip Code | Blythewood    SC    29016 |

**Complaint Information**

| Company | Home protection | No and # below are caller ID 3 of many | No name called themselves "home protection" ..Vivint |
|---|---|---|---|

| Comments | Home protection and MANY times and with scare tactics, theres a forum of us on line THEY DONT STOP CALLING!! Too many times and way too many numbers SEE for yourself here<br><br>http://800notes.com/forum/ta-48a0eedf951c5ea-17/stop-tom-with-home-protection-home-security-alarms#p399436670713950321<br><br>Vivent home protection<br>They are driving me insane I started searching the internet and many many others are losing their mind with this company, a HUGE post with MANY people are gathered together and helping one another here http://800notes.com/forum/ta-48a0eedf951c5ea-17/stop-tom-with-home-protection-home-security-alarms#p399436670713950321<br><br>Practically every number (and theres like a hundred of them) they use are being listed there They call right back the next day (April 3rd 10:41 am) from the same number 503-457-1270 and do the same, I would say again I asked you nicely to please not call me, and they would hang up on me, this goes on all the time, in fact I had asked them to stop much further back but I didtn start keeping track of their calls till April. Sometimes they will call back minutes after I told them not to and Id tell them again (not so nice then) to stop calling, but they hang up on you when you do. Im nearly 50 years old and in all my life I could put up with a few pesky telemarketers (here or there) but this company takes the cake for the most annoying. They could easily take a person to the point of rage, because they just dont stop. I can only think, one day they might call the wrong person way too many times (who just might invite them over) and find themselves in a predicament of their own making only because of what they do (and how much they do it). Somethings wrong with them. |
|---|---|

| | |
|---|---|
| Form Type | 1088B - Live Call Received at a Residential Telephone Line Complaint |
| Complaint Number | 12-T00960096-1 |
| Complaint Source | Web |
| Category | |
| Attachments | No |

**Complainant Information**

| | |
|---|---|
| Company | |
| Address | (redacted) 56 |
| City/State/Zip Code | Plymouth   MI   48170 |

**Complaint Information**

| | |
|---|---|
| Company | Tom from home security    Vivint home security |
| Comments | Free home security<br><br>Internet research : Reportaphonenumber.com and Whocallsme.com. I have also read other complaints online and from family<br>Calls have been coming off and on for three months now. Calls are usually twice a day, every day, and at any hour. I have asked nicely on three occasions for them to not call. I have let them know that I am on the do not call list. They promised at least 3 times to remove my number but the calls persist. |



| Form Type | 1088B - Live Call Received at a Residential Telephone Line Complaint | | |
|---|---|---|---|
| Complaint Number | 12-T00982439-1 | Complaint Source | Web |
| Category | | Attachments | No |

**Complainant Information**

| Company | |
|---|---|
| Address | bb |
| City/State/Zip Code | Chandler         AZ         85249 |

**Complaint Information**

| Company | Ihelp   VIVINT Home Security |
|---|---|
| Comments | Home Security System. I informed them that they were calling before 7am and they were very rude and said they would call back later. I also informed them that I was on the don not call list. They didn't seem to care about that either.<br><br>Internet search. www.vivint.com<br>1-877-404-4131 |



| Form Type | 1088G - Call or Message to Wireless Device (Cell Phone or Pager) Complaint | | |
|---|---|---|---|
| Complaint Number | 12-T00982679-1 | Complaint Source | Web |
| Category | | Attachments | No |
| **Complainant Information** | | | |
| Company | | | |
| Address | [redacted] | | |
| City/State/Zip Code | Lafayette Hill | PA | 19444 |
| **Complaint Information** | | | |
| Company | VIVINT HOME SECURITY / AUTOMATION | | |
| Comments | Because the number I received the call from isn't a real number and I found on the internet a lot of other people getting this same call and someone traced it back to Vivint | | |