# Decl – Verkhovskaya

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

Case No. 0:12-cv-61826-WJZ

MATTHEW BENZION, individually and
on behalf of others similarly situated,

                Plaintiff,

    v.

VIVINT, INC.,

                Defendant.

_____/

## AFFIDAVIT OF ANYA VERKHOVSKAYA

I, Anya Verkhovskaya, declare as follows:

1.    I am a Partner and Chief Operating Officer of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"). My principal corporate responsibility is the management of A.B. Data in Milwaukee, Wisconsin; West Palm Beach, Florida; New York, New York; and San Francisco, California. A.B. Data provides a full range of class action and complex litigation support services and specializes in multifaceted project management as well as class action notice, claims and settlement fund administration.

2.    My business address is 600 A.B. Data Drive, Milwaukee, Wisconsin 53217. My business telephone number is 414-961-6441. A copy of my Curriculum Vitae is attached as Exhibit 1.

3.    A.B. Data's headquarters are located in Milwaukee, Wisconsin, where the company has three locations. A.B. Data employs over 400 people in its class action, consulting,

and data, print, and mail processing business.  Detailed information about A.B. Data's services is annexed hereto as Exhibit 2.

4.      In the past four years I have testified as an expert at trial or by deposition in the following cases:

      a.   *Donaca v. Dish Network, L.L.C.*, Civil Action No. 11-cv-2910-RBJ-KLM, United States District Court for the District of Colorado;

      b.   *Estate of Gary Robertson v. ADS Alliance Data Systems, Inc.*, Case No. 8:11-cv-1652-T-33TBM, United States District Court, Middle District of Florida, Tampa Division; and

      c.   *Warnick v. Dish Network L.L.C.,* Case No. 12-cv-1952, United States District Court, District of Colorado.

5.      In the past ten years I have not authored publications.

6.      The blended hourly rate typically charged by A.B. Data for work related to coordinating notice and project management is $135.  The hourly rate typically charged by A.B. Data for expert analysis is $425 in addition to data processing, administrative, and clerical costs.

7.      This Affidavit is based upon my personal knowledge and upon information provided by my associates and employees.

## QUALIFICATIONS OF A.B. DATA

8.      A.B. Data performs notice administration, document and data management and claims administration. A.B. Data has extensive experience identifying and locating class members, and it has been able to generate class mailing lists successfully for numerous class

action lawsuits, including lawsuits brought pursuant to the Telephone Consumer Protection Act, using a variety of different methods and data resources.

9.      A.B. Data's Class Action Administration Company is supported by its own Data Services Division, which offers the highest level of security and is able to produce one million personalized mail pieces every 24 hours. A.B. Data's 170,000 square foot Mail Distribution Center has its own on-site United States Postal Service ("USPS") sub-station and is one of the nation's largest and most advanced facilities, capable of mailing four million pieces of mail per day.  A.B. Data has been entrusted to Magnetic Ink Character Recognition print and mail more than 70,000 checks per week totaling nearly a billion dollars annually.

10.      A.B. Data employs over 400 employees in its class action administration, consulting, data, print and mail processing business.  In the Holocaust cases, discussed below, A.B. Data added over 900 additional notice, claims and investigative staff members.

11.      A.B. Data has managed more than three and a half million paper claim documents, including analysis, classification, scanning and processing documentation to a searchable database.

12.      A.B. Data has been appointed as Notice, Claims, and/or Settlement Administrator in hundreds of high volume consumer, civil rights, insurance, antitrust, ERISA, securities, and wage and hour cases.  I am familiar with and have been directly responsible for administering some of the largest and most complex class action settlements of all time, involving all aspects of direct, media and their party notice programs, data management, claims administration, and settlement fund distribution.

13.      I served as one of the principal Notice Administrators in the *In re Holocaust Victim Assets Litigation*, United States Eastern District of New York, Case No. CV-96-4849,

Phase I and Phase III ("HVAP"), with a settlement amount of $1.2 billion dollars.  A.B. Data designed, analyzed and implemented notice, document management systems and/or claims administration and processing in the matter.   As a court-appointed notice administrator, A.B. Data played a key role in the worldwide Phase I Notice that resulted in collection of more than 500,000 initial questionnaires.  In Phase III, A.B. Data delivered notice to over 10,000 Jewish communities in 109 countries, and administered international help and call centers.  In Phase I and Phase III, A.B. Data's staff personally assisted more than 100,000 potential claimants with completion of the initial questionnaires and claim forms.  A.B. Data was in charge of the claims management process and the submission of all claims.

14.     In addition, A.B. Data created a class appropriate notice targeting Romanies (Gypsies) in 48 countries, and directed hundreds of staff to communicate orally and directly with Romani communities and individuals.  A.B. Data notified more than two million people, and as designated by the International Organization for Migration ("IOM"), directly assisted more than 22,000 Romanies in 17 countries of Central and Eastern Europe with claim completion. A.B. Data was in charge of managing the claims for submission for the Special Master in Geneva, Switzerland.

15.     In the German Forced Labor Compensation Program ("GFLCP"), as designated by the Special Master, the IOM, A.B. Data located more than 43,000 Romani survivors in 17 countries of Central and Eastern Europe who were potentially eligible for humanitarian aide. A.B. Data created a comprehensive database for GFLCAP/HVAP, and directly assisted more than 11,000 Romanies in eight European countries with claim completion.  A.B. Data was in charge of managing the claims for submission for the Special Master in Geneva, Switzerland.

16.     The International Commission on Holocaust Era Insurance Claims ("ICHEIC") assigned A.B. Data to conduct a domestic and worldwide outreach program resulting in over 72,000 claims.  A.B. Data launched and coordinated international help, call, and mail distribution centers, provided directed assistance with claim completion, and consulted to ICHEIC in various areas, including: multi-lingual data and database management, postal issues, and historical and geographical matters that directly influenced the eligibility criteria.

17.     More recently, in February 2011, A.B. Data was appointed the Administrative Director of Project HEART (Holocaust Era Asset Restitution Taskforce) to spearhead all efforts to provide the essential tools, strategy, and information that will ultimately enable the Government of Israel and its partners to secure a measure of justice for eligible Jewish victims and their heirs.

18.     Since February 2011, Project HEART has become one of the most comprehensive multilingual notice campaigns ever undertaken, covering 126 countries and including the use of paid media, earned media, direct mail notice, internet notice, organizational outreach, targeted outreach, as well as a video message displayed every half hour on the electronic billboard over Times Square in New York.

19.     As part of its efforts, A.B. Data launched a multilingual, interactive website with several million activities since April 2011, established a 24-hour call center in 13 languages, distributed more than 500,000 documents to potentially eligible families of Holocaust victims, handled over 120,000 calls, conducted archival research, and created the most comprehensive on-line repository in history with more than 2.2 million looted Holocaust-era properties.  In addition, A.B. Data reached out to over 15,000 non-governmental organizations that are now engaged in the project, assisted thousands of Holocaust victims and their heirs with their claims, established an active social media campaign, held numerous press conferences, participated in

dozens of radio programs, and processed close to 200,000 claims.

20.     Additional high profile cases wherein A.B. Data effectuated successful notice campaigns include: *Wyatt v. El Paso Corporation* ( $285 million settlement); *In re Symbol Technologies, Inc. Securities Litigation* ($139 million settlement); *In re Lernout & Hauspie Securities Litigation* ($120.5 million settlement); *Perez v. Rent-A-Center, Inc.* ($109 million settlement); *In re Reliant Securities Litigation* ($75 million settlement); *In re Ready-Mixed Concrete Antitrust Litigation* ($50 million settlement); *In re Marsh ERISA Litigation* ($35 settlement); *Carlson v. State of Alaska, Commercial Fisheries Entry Commission* ($33.5 million settlement); *In re Marine Hose Antitrust Litigation* ($21.7 million settlement).

21.     In total, I have served as a Notice, Settlement and/or Fund Administrator in cases totaling more than $2 billion dollars in distribution.

## DATA EXAMINED

22.     Below are the call log files received from Plaintiff's counsel identified by file name:

|       |                                            |
|-------|--------------------------------------------|
| i.    | Savantius2-20120301-20130331_part_1.xls    |
| ii.   | Savantius2-20120301-20130331_part_2.xls    |
| iii.  | Savantius2-20120301-20130331_part_3.xls    |
| iv.   | Savantius2-20120301-20130331_part_4.xls    |
| v.    | Savantius2-20120301-20130331_part_5.xls    |
| vi.   | Savantius2-20120301-20130331_part_6.xls    |
| vii.  | Savantius2-20120301-20130331_part_7.xls    |
| viii. | Savantius2-20120301-20130331_part_8.xls    |
| ix.   | Savantius2-20120401-20130430_part_1.xls    |
| x.    | Savantius2-20120401-20130430_part_2.xls    |
| xi.   | Savantius8-20120301-20120331_part_1.xls,   |
| xii.  | Savantius8-20120301-20120331_part_2.xls    |
| xiii. | Savantius8-20120301-20120331_part_3.xls    |
| xiv.  | Savantius8-20120301-20120331_part_4.xls    |
| xv.   | Savantius8-20120301-20120331_part_5.xls    |
| xvi.  | Savantius8-20120301-20120331_part_6.xls    |
| xvii. | Savantius8-20120401-20120430_part_1.xls    |
| xviii.| Savantius8-20120401-20120430_part_2.xls    |
| xix.  | Savantius7-20120301-20120331_part_1.xls    |
| xx.   | Savantius7-20120301-20120331_part_2.xls    |

xxi.   Savantius7-20120301-20120331_part_3.xls
xxii.   Savantius7-20120301-20120331_part_4.xls
xxiii.   Savantius7-20120301-20120331_part_6.xls
xxiv.   Savantius7-20120401-20120430_part_1.xls
xxv.   Savantius7-20120401-20120430_part_2.xls

23.     A.B. Data understands that, in this lawsuit, two different categories of data exist that identify telephone numbers that are or were owned by putative class members during the proposed class period.  A.B. Data understands that the Plaintiff has identified telephone numbers that were called with the use of automated dialing equipment ("Group 1") and telephone numbers that may have been on the federal Do Not Call Registry that were called more than once ("Group 2") (collectively, the "Source Data").

**GROUP 1**

24.     In order to identify class members who fall into Group 1, A.B. Data cross-referenced the Source Data telephone numbers with a database of cellular telephone numbers maintained by the third-party vendor Nexxa Group, Inc. (the "Cellular Records").  The cross-reference of the Cellular Records identified if the phone number contacted was a cellular telephone number at the time it was called.

25.     A.B. Data received and analyzed the call log files received from Plaintiff's counsel on August 15, 2013, and determined that:

     a.   **Blue Dolphin**

        i.   627,929 calls initiated in the "Blue Dolphin" campaigns were made to cellular telephone numbers.

        ii.   346,426 of those calls were made to unique telephone numbers.

        iii.   190,298 of those calls were connected.

b. **Vivint**

    i.  435,011 calls initiated in the "Vivint" campaigns were made to cellular telephone numbers.

   ii.  193,062 of those calls were made to unique telephone numbers.

  iii.  137,512 of those calls were connected.

26.    The Source Data produced by the Plaintiff contains detailed contact name, address and email address contact for almost every individual contacted. However, for any individuals without contact information in the Source Data, A.B. Data will be able to identify class members using only their telephone number.

27.    For any individual who was contacted and did not have a name, address or email address contact in the Source Data, A.B. Data will cross-reference the phone number contacted against a database which can be populated to contain telephone numbers, names, and addresses of consumers during the proposed class period (the "Records Database").

28.    The Records Database is a database that was designed to administer cases. The database includes fields, reports, processes and procedures required to administer TCPA projects. Further to the specifics of each project, A.B. Data coordinates to obtain datasets via third-party vendors from available public and proprietary records and databases in order to populate the Records Database with information regarding telephone numbers, names, and addresses. For the administration of this particular matter, A.B. Data would likely propose to use vendor Nexxa Group, Inc. to provide the dataset(s).

29.    The Records Database will produce either a "hit" or "no-hit" for each of the telephone numbers. A "hit" is an instance in which a full or partial name/address is

identified that corresponds to that telephone number. A "no-hit" means that no matches were found for that telephone number in the Records Database.

30.    For each hit, the Records Database will display the name and address information that is available as matched to the telephone number during the relevant proposed class period, as well as the following additional information:

      a.    "Date Since," meaning the <u>date since</u> a given individual was known to be associated with that telephone number; and

      b.    "Date Reported," meaning the <u>last known date</u> that the individual was associated with that telephone number.

31.    According to the information provided by the Records Database, the time period between the "Date Since" and the "Date Reported" represents the period that a given individual was known to be associated with the telephone number. This time period is referenced as the "Match Period."

32.    For each relevant telephone number, A.B. Data is able to cross-reference the Match Period against a specific date or date range to determine which name and address matched a telephone number at a particular time.

33.    After identifying class member names and addresses through use of the Records Database, A.B. Data will use a variety of techniques to improve the deliverability of each address. These techniques will include, but not be limited to: (a) running the list of class members against a database of millions of names and addresses to obtain the most up-to-date address; (b) address correction and standardization; (c) CASS-certified address standardization (hygiene); (d) updates via the National Change of Address databases.

## GROUP 2

34.     In order to identify members of Group 2, A.B. Data de-duplicated the call log files referenced in Paragraph 22 to determine which telephone numbers were contacted more than once in any 12-month period, which A.B. Data understands to be a requirement for violation of 47 USC § 227(c)(5).

### Blue Dolphin

   a.   There were 632,274 telephone numbers that were contacted more than once in the "Blue Dolphin" campaigns (the "Blue Dolphin Group 2 Data").

   b.   In order to identify class members who fall into Group 2, A.B. Data cross-referenced the Blue Dolphin Group 2 Data telephone numbers registered on the federal Do Not Call Registry (the "DNC Registry"). The cross-reference of the DNC Registry produced a "hit" or a "no-hit" for each telephone number; a "hit" indicates that a telephone number appears on the DNC Registry as of January 31, 2012. For the Blue Dolphin Group 2 Data, 334,179 telephone numbers produced a "hit" ("Blue Dolphin DNC-registered Numbers.")

   c.   A.B. Data then analyzed the date of the DNC Registry for the Blue Dolphin DNC-registered Numbers.  The results of that analysis are as follows:

      1.   334,064 Blue Dolphin DNC-registered Numbers were on the DNC Registry at least 60 days prior to being called.

   d.   Of the calls to Blue Dolphin DNC-registered Numbers, 250,920 were connected.

**Vivint**

    a. There were 363,983 telephone numbers that were contacted more than once in the "Vivint" campaigns (the "Vivint Group 2 Data").

    b. In order to identify class members who fall into Group 2, A.B. Data cross-referenced the Vivint Group 2 Data telephone numbers registered on the federal Do Not Call Registry (the "DNC Registry"). The cross-reference of the DNC Registry produced a "hit" or a "no-hit" for each telephone number; a "hit" indicates that a telephone number appears on the DNC Registry as of January 31, 2012. For the Vivint Group 2 Data, 221,032 telephone numbers produced a "hit" ("Vivint DNC-registered Numbers.")

    c. A.B. Data then analyzed the date of the DNC Registry for the Vivint DNC-registered Numbers. The results of that analysis are as follows:

        1. 220,879 Vivint DNC-registered Numbers were on the DNC Registry at least 60 days prior to being called.

    d. Of the calls to Vivint DNC-registered Numbers, 213,001 were connected.

35. The Source Data produced by the Plaintiff contains detailed contact name, address and e-mail address contact for almost every individual contacted. However, for any individuals without contact information in the Source Data, A.B. Data will be able to identify class members using only their telephone number as outlined in Paragraphs 27-32 above.

**DATA COMPILED**

     36.     In order to identify which numbers were on the National Do Not Call list as of January 31, 2012 as well as identify the telephone numbers contacted that were cellular telephones, A.B. Data created the following documents:

       i.    Savantius2-20120301-20130331_part_1_DNC_WIRELESS.xls
      ii.    Savantius2-20120301-20130331_part_2_DNC_WIRELESS.xls
     iii.    Savantius2-20120301-20130331_part_3_DNC_WIRELESS.xls
     iv.    Savantius2-20120301-20130331_part_4_DNC_WIRELESS.xls
      v.    Savantius2-20120301-20130331_part_5_DNC_WIRELESS.xls
     vi.    Savantius2-20120301-20130331_part_6_DNC_WIRELESS.xls
    vii.    Savantius2-20120301-20130331_part_7_DNC_WIRELESS.xls
   viii.    Savantius2-20120301-20130331_part_8_DNC_WIRELESS.xls
     ix.    Savantius2-20120401-20130430_part_1_DNC_WIRELESS.xls
      x.    Savantius2-20120401-20130430_part_2_DNC_WIRELESS.xls
     xi.    Savantius8-20120301-20120331_part_1_DNC_WIRELESS.xls
    xii.    Savantius8-20120301-20120331_part_2_DNC_WIRELESS.xls
   xiii.    Savantius8-20120301-20120331_part_3_DNC_WIRELESS.xls
   xiv.    Savantius8-20120301-20120331_part_4_DNC_WIRELESS.xls
    xv.    Savantius8-20120301-20120331_part_5_DNC_WIRELESS.xls
   xvi.    Savantius8-20120301-20120331_part_6_DNC_WIRELESS.xls
  xvii.    Savantius8-20120401-20120430_part_1_DNC_WIRELESS.xls
 xviii.    Savantius8-20120401-20120430_part_2_DNC_WIRELESS.xls
   xix.    Savantius7-20120301-20120331_part_1_DNC_WIRELESS.xls
    xx.    Savantius7-20120301-20120331_part_2_DNC_WIRELESS.xls
   xxi.    Savantius7-20120301-20120331_part_3_DNC_WIRELESS.xls
  xxii.    Savantius7-20120301-20120331_part_4_DNC_WIRELESS.xls
 xxiii.    Savantius7-20120301-20120331_part_6_DNC_WIRELESS.xls
 xxiv.    Savantius7-20120401-20120430_part_1_DNC_WIRELESS.xls
  xxv.    Savantius7-20120401-20120430_part_2_DNC_WIRELESS.xls

     37.     To compile the information, A.B. Data took the original call logs supplied to it by Plaintiff's counsel, referenced in Paragraph 22 above, and added two columns to each file, one entitled "Wireless_FLAG" and the other entitled "DNC". For each telephone number in the call logs that is a cellular telephone number, that is indicated with a "W" in the "Wireless_FLAG" column. For numbers that were listed on the DNC registry as of January 31, 2012, those telephone numbers are indicated with a "DNC" in the "DNC" column. For numbers that were

both cellular telephone numbers and on the DNC registry as of January 31, 2012, those are indicated with a "DNC-W".

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30 day of September 2013.

Anya Verkhovskaya

SUBSCRIBED and SWORN before me on the 30 day of September 2013.

Mary Rebekah Thigpen, Notary Public
My commission is permanent.

# Exhibit 1

# ANYA VERKHOVSKAYA

## CURRICULUM VITAE

Partner and Chief Operating Officer
A.B. Data, Ltd.

Phone (414) 961-6441
Cell (414) 617-4403
Fax (414) 961-4860
anya.verkhovskaya@abdata.com

Anya Verkhovskaya is a Partner and Chief Operating Officer of the Class Action Administration Company of A.B. Data, Ltd ("A.B. Data"). A.B. Data, founded in 1980, is an international firm that offers a full range of class action and complex litigation support services, with offices in New York, New York; Washington, DC; Chicago, Illinois; West Palm Beach, Florida; San Francisco, California; and Milwaukee, Wisconsin. Ms. Verkhovskaya oversees all aspects of A.B. Data's class action administration and complex projects, and leads a team of legal, finance, information systems, information technology, claims administration, administrative, facilities and operations professionals. A.B. Data is the fastest growing company in the class action administration industry, with more than $2.5 billion of settlements currently in various stages of management.

Ms. Verkhovskaya has extensive experience administering class actions and effectuating certification and settlement notice to various groups in the United States of America and abroad. Ms. Verkhovskaya also regularly provides expert opinions and live testimony concerning notice adequacy, class certification and settlement issues in connection with a variety of class actions.

Specifically, Ms. Verkhovskaya has directed notice and/or settlement administration in hundreds of securities, ERISA, consumer, insurance, employment, wage and hour, human rights, environmental, antitrust, and other types of class actions, including but not limited to:

- *Martin v. aaiPharma, Inc.*, Case No. 7:04-CV-27-D, United States District, Eastern District of North Carolina

- *Mulhern v. Macleod,* Civil Action No. 2005-01619, Commonwealth of Massachusetts

- *Franco v. Ace Parking Management, Inc.*, Case No. BC 392809, Los Angeles Superior Court

- *In re ACS Shareholders Litigation,* Master File No. 3:06-CV-1592-M, United States District Court, Northern District Of Texas, Dallas Division

- *Desai v. ADT Security Services, Inc.*, Case No. 1:11-CV-1925, United States District Court for the Northern District of Illinois, Eastern Division

- *In re AIG ERISA Litigation*, Case No. 04-CV-9387-JES(AJP), United States District Court, Southern District of New York

- *In re: AirGate PCS. Inc. Securities Litigation*, Civil Action No. 1:02-CV-1291-JOF, United States District Court, Northern District of Georgia, Atlanta Division

- *Carlson v. State of Alaska, Commercial Fisheries Entry Commission*, Case No. 3AN-84-5790 CI, Superior Court for the State of Alaska, Third Judicial District Anchorage

- *Alakayak v. All Alaskan Seafoods, Inc.,* Case No. 3AN-95-4676 CIV, In the Superior Court for the State of Alaska, Third Judicial District at Anchorage

- *In re American Italian Pasta Company Securities Litigation* (AIPC Settlement), 05-CV-0725-W-ODS, United States District Court for the Western District of Missouri, Western Division

- *Parker v. American Medical Security Group, Inc.,* Civil Action File No. 04-1-1980-42, In The Superior Court of Cobb County, State of Georgia

- *Hill v. American Medical Security Life Insurance Company,* Case No. W-06 CA 332, United States District Court, Western District of Texas, Waco Division

- *In re: Andrx Corporation, Inc., Taztia™ XT Securities Litigation,* Case No. 02-60410-CIV-UNGARO-BENAGES, United States District Court, Southern District of Florida

- *FW Transportation, Inc. v. Associates Commercial Corporation*, Case No.C200000084, District Court of Johnson County, Texas, 18th Judicial District

- *Cerda v. Associates First Capital Corporation,* Civil Action No. M-03-146, United States District Court, Southern District of Texas, McAllen Division

- *In re Atlas Energy, Inc. Shareholders Litigation,* Consolidated C.A. No. 5990-VCL, Court of Chancery, State of Delaware

- *S. Parker Hardware Mfg. Corp. v. AT&T Corp.*, Docket No. BER-L-162-06, Superior Court of New Jersey, Bergen County

- *Yarviv v. AT&T Corp.,* Docket No. SOM-L-272-05, Superior Court of New Jersey, Law Division: Somerset County

- *Hamilton v. ATX Services, Inc.*, Case No. 08-0030-CV-W-SOW, United States District Court for the Western District of Missouri, Western Division

- *Open MRI of Pinellas, Inc. v. Atlanta Casualty Insurance Company*, Case No. 03-7721, Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, Florida

- *Arias v. Award Homes, Inc.*, Case No. M54183, Superior Court of California, County of Monterey

- *Patel v. Baluchi's Indian Restaurant*, Case No. 08-cv-9985 (RJS), United States District Court, Southern District of New York

- *In re Beazer Homes USA, Inc. ERISA Litigation*, Civil Action No. 1:07-CV-00952-RWS, United States District Court for the Northern District of Georgia, Atlanta Division

- *In re Beckman Coulter, Inc. Securities Litigation*, No. 10-1327-JST, United States District Court, Central District of California

- *Estate of Hampton v. Beverly Enterprises-Arkansas, Inc.*, No. CV 2004-95-3, Circuit Court of Bradley County, Arkansas

- *In re BigBand Networks, Inc. Securities Litigation*, Master File No. 07-CV-5101 SBA, United States District Court, Northern District of California, Oakland Division

- *Bragg v. Bill Heard Chevrolet, Inc. – Plant City*, Case No. 8:02-cv-609-T-30EAJ, In the United States District Court, Middle District of Florida, Tampa Division

- *Securities and Exchange Commission v. The BISYS Group, Inc.*, Civil Action No. 07-cv-04010-KMK, United States District Court, Southern District of New York

- *In re BISYS Securities Litigation*, Civil Action No. 04-CV-3840 (LAK), United States District Court, Southern District of New York

- *Von Friewalde v. Boeing Aerospace Operations, Inc.*, C.A. No. SA06CA0236-OG, United States District Court for the Western District of Texas, San Antonio Division

- *In re BP Prudhoe Bay Royalty Trust Securities Litigation*, Case No. C06-1505 MJP, United States District Court, Western District of Washington at Seattle

- *Wenger v. Brunswick Buick Pontiac GMC, Inc.* and *Soden v. East Brunswick Buick Pontiac GMC*, Docket Nos. L-2510-03 and L-5617-03, Superior Court of New Jersey, Middlesex County

- *Carlson v. C.H. Robinson Worldwide, Inc.*, Case No. CV 02-3780 (JNE/JJG), United States District Court for the District of Minnesota

- *Mann & Company, PC v. C-Tech Industries, Inc.*, Civil Action No. 1:08CV11312-RGS, United States District Court, District of Massachusetts

- *In re Calpine Corporation ERISA Litigation*, Master File No. C 03-CV-1685 (SBA), United States District Court, Northern District of California, Oakland Division

- *Payson v. Capital One Home Loans, LLC,* (KWPA Settlement), Case No. 07-CV-2282-JTM/DWB, United States District Court for the District of Kansas at Kansas City

- *In re Cardinal Health, Inc. ERISA Litigation*, No. C2-04-643 (ALM), United States District Court, Southern District of Ohio, Eastern Division

- *In re Cbeyond, Inc. Securities Litigation*, Case No. 08-cv-1666-SAS, United States District Court, Northern District of Georgia

- *Milford & Ford Associates, Inc. and D. Michael Collins v. Cell-Tek, LLC,* C.A. NO. 1:09-CV-11261-DPW, United States District Court, District of Massachusetts

- *Provo v. China Organic Agriculture, Inc.,* Case No. 08-cv-10810, United States District Court, Southern District of New York

- *Zelnick v. Citation Homes, Inc.,* Case No. 413861, Superior Court of California, County of San Mateo

- *Clearview Imaging, L.L.C. v. Dairyland Insurance Company,* Case No. 04-11399, Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division

- *Clearview Imaging, L.L.C. v. Mercury Insurance Company of Florida*, Case No. 03-5170, Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County, Florida, Civil Division

- *Clearview Imaging, L.L.C. v. Nationwide Mutual Fire Insurance Company,* Case No. 04-10396, Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division

- *Clearview Imaging, L.L.C. v. Progressive Consumers Insurance Company*, Case No. 03-4174, Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division

- *Meadows v. Clearwater Bay Marketing, LLC,* Cause No. No. 49C01-0812-PL-054708, Marion Circuit Court, Civil Division, Marion County, Indiana

- *Canning v. Concord EFS, Inc.,* Docket No. L-6609-02, Superior Court of New Jersey, Law Division: Camden County

- *Cruz v. Condor Capital Corporation*, Docket No. MID-L-2108-06, Superior Court of New Jersey, Middlesex County: Law Division

- *In re Connetics Securities Litigation*, Case No. C 07-02940 SI, United States District Court for the Northern District of California

- *In re: The Consumers Trust*, Chapter 11, Case No. 05-60155 (REG), United States Bankruptcy Court, Southern District of New York

- *Hellmers v. Countrywide Home Loans, Inc.*, Case No. 07-7703, United States District Court, Eastern District of Louisiana

- *In re CP Ships Ltd. Securities Litigation*, Case No. 8:05-MD-1656-T-27 TBM, United States District Court For The Middle District Of Florida

- *In re Del Monte Foods Company Shareholder Litigation*, Case No. 6027-VCL, Court of Chancery, State of Delaware

- *Drury v. Countrywide Home Loans, Inc.*, Case No. 6:08-CV-152-ORL-28 DAB, United States District Court, Middle District of Florida, Orlando Division

- *Veal v. Crown Auto Dealerships, Inc.*, Case No. 8:04-CV-0323-T-27 MSS, United States District Court, Middle District of Florida, Tampa Division

- *The Louisiana Municipal Police Employees Retirement System v. Deloitte & Touche LLP*, Civil Action No. 04-621 (LDW), United States District Court, Eastern District of New York

- *Quaak v. Dexia, S.A.*, Case No. 03-CV-11566 (PBS), United States District Court, District of Massachusetts

- *Wells v. DTD Enterprises, Inc.*, Case No. L-9012-07, Superior Court of New Jersey, Middlesex County, Law Division

- *Broad St. Partners Fund v. Dods*, Case No. 2011 CH 001505, State of Illinois, County of Du Page, Circuit Court of the Eighteenth Judicial Circuit

- *In re Dura Pharmaceuticals, Inc. Securities Litigation*, Master File No. 99-cv-0151-JLS, United States District Court, Southern District of California

- *Yingling, et al. v. eBay, Inc.*, C 09 01733 JW (PVT), United States District Court, Northern District of California, San Jose Division

- *Coleman v. Edison Auto Sales, Inc.*, Civil Action, Docket No: MID-L-8168-09, Superior Court of New Jersey, Middlesex County: Law Division

- *Wyatt v. El Paso Corporation*, Civil Action No. H-02-2717, United States District Court, Southern District of Texas, Houston Division

- *In re Electronic Data Systems Corp. ERISA Litigation*, Case No. 6:03-MD-1512, Lead Case 6:03-CV-126, United States District Court, Eastern District of Texas, Tyler Division

- *Osborn v. EMC Corporation*, Case No. C 04-00336 JSW, U.S. District Court, Northern District of California, San Francisco Division

- *In re: Enterprise Rent-A-Car Wage & Hour Employment Practices Litigation*, MDL No. 2056, United States District Court for the Western District of Pennsylvania

- *Gilley v. Ernie Haire Ford, Inc.*, Case No. 02-8101, Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division

- *Paskowitz v. Ernst & Young, LLP*, Civil Action No. A-08-CA-188-LY, United States District Court for the Western District of Texas, Austin Division

- *Long v. Eschelon Telecom, Inc.*, Case No. 27-CV-07-6687, Fourth Judicial District of the State of Minnesota, County of Hennepin

- *Family Open MRI, Incorporated v. Direct General Insurance Company*, Case No. 03-4175, Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division

- *In re Fannie Mae ERISA Litigation*, Case No. 04-cv-01784, United States District Court, District of Columbia (Washington, DC)

- *Cotton v. Ferman Management Services Corporation*, Case No.: 02-08115, Circuit Court for the Thirteenth Judicial Circuit, Hillsborough County, Florida Civil Division

- *Zametkin v. Fidelity Management & Research Company*, No. 1:08-cv-10960-MLW, United States District Court, District of Massachusetts

- *Ori v. Fifth Third Bank and Fiserv, Inc.*, Case No. 08-CV-00432-LA, United States District Court, Eastern District of Wisconsin

- *Burns v. First American Bank*, No. 04 C 7682, United States District Court for the Northern District of Illinois, Eastern Division

- *In re FLAG Telecom Holdings, Ltd. Securities Litigation*, Case No. 02-CV-3400, United States District Court, Southern District of New York

- *Martin v. Foster Wheeler Energy Corporation*, No. 3:06-CV-878, United States District Court, Central District of California

- *Wenger v. Freehold Subaru, LLC*, Civil Action, Docket No. MON-L-4003-10, Superior Court of New Jersey, Monmouth County – Law Division

- *In re Fremont General Corporation Litigation,* Case No. CV07-02693 JHN (FFMx), United States District Court for the Central District of California

- *In re Assicurazioni Generali S.p.A. Holocaust Insurance Litigation,* MDL 1374 M21-89 (GBD), United States District Court, Southern District of New York

- *Cottrell v. Gardner,* Civ. Action No. CV-2002-121(I) Superior Financial Corp. Derivative Action

- *Securities and Exchange Commission v. Gen-See Capital Corp. and Richard S. Piccoli,* Civil Action 09-cv-00014S, United States District Court, Western District of New York

- *Mayes v. The Geo Group, Inc.,* Case No. 5:08-cv-248-RS/EMT, United States District Court, Northern District of Florida, Panama City Division

- *German Forced Labor Compensation Program* (GFLCP)

- *In re Gilead Sciences Securities Litigation,* Master File No. C-03-4999-SI, United States District Court, Northern District of California

- *Parthiban v. GMAC Mortgage Corporation,* Case No. SACV-05-768-ODW (MLGx), United States District Court, Central District of California, Southern Division

- *Pettway v. Harmon Law Offices, P.C.,* Case No. 03-10932-RGS, United States District Court, District of Massachusetts

- *Ultra Open MRI Corporation v. Hartford Casualty Insurance Company,* Case No. 07-CA-009132, Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division

- *In re Hartford Financial Services Group, Inc. ERISA Litigation,* Master File: 3:08:cv-01708 (PCD), United States District Court, District of Connecticut

- *Brown v. Hayt, Hayt & Landau, LLC,* Case No. L-7042-07, Superior Court of New Jersey, Essex County, Law Division

- *In re Hearst-Argyle Shareholder Litigation,* Index No. 09-Civ-600926, Supreme Court of the State of New York, County of New York

- *Walker v. Hill Wallack LLP,* Case No. MID-L-003480-08, Superior Court of New Jersey, Middlesex County, Law Division

- *Holocaust Victim Assets Litigation* (Swiss Banks) (HVAP)

- *Olivo v. Homecomings Financial LLC*, Index no. 4625/06, Supreme Court of the State of New York, Nassau County

- *Hudson United Bank v. Chase,* Docket No. L-235-05, Superior Court of New Jersey, Hunterdon County

- *In re ICG Communications, Inc. Securities Litigation*, Civil Action No. 00-cv-1864-REB-BNB, United States District Court for the District of Colorado

- *Valuepoint Partners, Inc. v. ICN Pharmaceuticals, Inc.*, Case No. SACV 03-989 DOC (Anx), United States District Court, Central District of California

- *In re: Infosonics Securities Litigation*, Civil Action No. 06-CV-1231-JLS (WMC), District Court for the Southern District of California

- *The International Commission on Holocaust Era Insurance Claims* (ICHEIC)

- *In re International Business Machines Corp. Securities Litigation*, 1:05-cv-6279 (AKH), United States District Court, Southern District of New York

- *In re Iowa Ready-Mix Concrete Antitrust Litigation*, No. C10-4038-MWB (Consolidated Cases). In the United States District Court, Northern District of Iowa, Western Division

- *Silke v. Irwin Mortgage Corporation*, Cause No. 49D03-0304-PL-000697, Marion Superior Court, Civil Division

- *Lehmann v. Ivivi Technologies, Inc. et al.*, Docket No. C-343-09, Superior Court Of New Jersey, Bergen County, Chancery Division

- *In re J. Crew Group, Inc. Shareholder Litigation,* C.A. No. 6043-CS, In the Court of Chancery of the State of Delaware

- *Norflet v. John Hancock Life Insurance Company*, Civil Action No. 3:04-cv-1099(JBA), United States District Court, District of Connecticut

- *Paliotto v. The Johnny Rockets Group, Inc.,* Case No. 1:06-cv-02253-RCL

- *Cohen v. JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.,* Case No. 04-CV-4098, United States District Court , Eastern District of New York

- *Blanco v. KeyBank USA, N.A.,* Case No. 08-1-03-CV-524, United States District Court, Northern District of Ohio, Eastern Division

- *In re: King Pharmaceuticals, Inc. Securities Litigation*, Lead Case No. 2:03-CV-77, United States District Court, Eastern District of Tennessee, Greeneville Division

- *Holley v. Kitty Hawk, Inc.,* Case No. 3-00 CV 0828-P, United States District Court for the Northern District of Texas, Dallas Division

- *Mann v. Lawyers Title Insurance Corporation,* Case No. 03-CH-15223, Circuit Court of Cook County, Illinois County Department, Chancery Division

- *Rolark v. Lawyers Title Insurance Corporation,* Case No. 03-CH-13789, Circuit Court of Cook County, Illinois County Department, Chancery Division

- *Acevedo v. Lawyers Title Insurance Corporation,* Case No. 03-CH-07718, Circuit Court of Cook County, Illinois County Department, Chancery Division

- *In re LDK Solar Securities Litigation,* Master File No. C 07-05182 WHA, United States District Court, Northern District of California

- *DeCario v. Lerner New York, Inc.,* Case no. BC 317954, Los Angeles County Superior Court of the State of California

- *In re Lernout & Hauspie Products Securities Litigation* (Directors and FLV Settlements), Case No. 1:00-cv-11589, United States District Court for the District of Massachusetts

- *In re Lernout & Hauspie Products Securities Litigation* (KPMG Settlement), Case No. 04-CV-1738, United States District Court for the District of Massachusetts

- *In re Limelight Networks, Inc. Securities Litigation,* Master File No. CV07-01603-PHX-SRB, United States District Court, District of Arizona

- *Coleman v. Lincoln Wood Products, Inc.,* Case No. 99-CVS-1362, General Court of Justice, New Hanover County, North Carolina, Superior Court Division

- *Serino v. Kenneth Lipper, et al. and Williamson v. PricewaterhouseCoopers LLP,* Index No. 04/602106, Supreme Court of the State of New York, County of New York

- *Capovilla v. Lone Star Technologies, Inc.,* Cause No. 07-02979, District Court of Dallas County, Texas, 14th Judicial District

- *In re Marine Hose Antitrust Litigation,* Master Docket No. 08-MDL-1888, United States District Court, Southern District of Florida, Miami Division

- *In re Marsh ERISA Litigation,* Master File No. 04 cv 8157 (CM), United States District Court, Southern District of New York

- *In re Martek Biosciences Corp. Securities Litigation,* Civil Action No. MJG 05-1224, United States District Court, District of Maryland (Northern Division)

- *Hughley v. Maryland Casualty Company,* Case No. 06-21428-CIV-ALTONAGA, United States District Court for the Southern District of Florida, Miami Division

- *In re MBNA Corp. Securities Litigation,* Case No. 1:05-CV-00272-GMS, United States District Court, District of Delaware

- *The Lafayette Life Insurance Company v. City of Menasha,* Cause No. 4:09-CV-64-APR, United States District Court, Northern District of Indiana, Hammond Division (LaFayette)

- *In re Metavante Technologies, Inc. Shareholder Litigation,* Case No. 09-cv-5325, Milwaukee County Circuit Court

- *Fray-Witzer v. Metropolitan Antiques, LLC,* Civil Action No. 02-5827, Commonwealth of Massachusetts, Superior Court Department of the Trial Court, Suffolk Division

- *Black v. Metso Paper USA, Inc.,* Case No. 3:05-CV-19951, United States District Court, Middle District of Pennsylvania

- *Rubin v. MF Global, Ltd. et al.,* Case No. 08 Civ. 2233 (VM), United States District Court, Southern District of New York

- *In re: Micromuse, Inc. Securities Litigation,* Case No. C-04-0136BZ, United States District Court, Northern District of California

- *Smith v. Mill-Tel, Inc.,* Case No. 08-CV-2016-JAR/JPO, United States District Court, District of Kansas, at Kansas City

- *Rupp v. Thompson,* File No. C5-03-347, State of Minnesota District Court, County of Lyon Fifth Judicial District

- *Wisniak v. Mirant Americas Generation, LLC,* Civil Action No. 1:03-CV-2049-BBM, In the United States District Court for the Northern District of Georgia, Atlanta Division

- *In re: MK Resources Company Shareholders Litigation,* Consolidated Case No. 1692-VCS, Court of Chancery, New Castle County, State of Delaware

- *Arteaga v. Moda Furniture, Inc.,* Docket No: L-000980-05, Superior Court of New Jersey, Morris County Law Division

- *In re Motive, Inc. Securities Litigation,* Civil Action No. A-05-CV-923-LY and *Adair v. Motive* (The "Derivative Action"), Case No. A-06-CA-017-LY, United States District Court, Western District Of Texas

- *In re National City Corporation Securities, Derivative & ERISA Litigation,* Case No. 08-nc-70000, United States District Court for the Northern District of Ohio, Eastern Division

- *Greenstein v. Nations Title Agency Of Florida,* Case No.: 50 2007 CA 014085 XXXMBAA, In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida

- *Ultra Open MRI Corporation v. Nationwide Assurance Company,* Case No. 03-010725, Thirteenth Judicial Circuit Court in and for Hillsborough County, Florida, Division H

- *Curtis v. Northern Life Insurance Company,* No. 01-2-18578-1 SEA, Superior Court of Washington for King County

- *In re Novamed, Inc. Shareholders Litigation,* Case No. 6151-VCP, Court of Chancery in the State of Delaware

- *In re NX Networks Securities Litigation,* Case No. 00-CV-11850 (JLT) United States District Court, District of Massachusetts

- *Lilly, et al. v. Oneida Ltd. Employee Benefits Admin. Comm., et al.,* Case No. 07-cv-00340, United States District Court, Northern District of New York

- *Evan Fray-Witzer v. Olde Stone Land Survey Company, Inc.,* Superior Court C.A. NO.: 2008-04175, Commonwealth of Massachusetts

- *Hess v. Oriole Homes Corp.,* Case No. CA 02-13794AA, Circuit Court of the 15th Judicial Circuit, Palm Beach County, Florida

- *Warren v. Orkin Exterminating Company, Inc.,* Civil Action No. 01-1-8395-35, In the Superior Court of Cobb County, State of Georgia

- *In re OSI Pharmaceuticals, Inc. Securities Litigation,* Master File No. 2:04-CV-05505-JS-WDW, United States District Court, Eastern District of New York

- *Scher v. Oxford Health Plans, Inc.,* AAA No. 11 193 00548 05, American Arbitration Association

- *In re: Pacific Gateway Exchange, Inc. Securities Litigation,* Master File No. C-00-1211-PH, United States District Court for the Northern District of California

- *Stein v. Pactiv Corporation, et al.,* Case No. 10-CH-35455, In the Circuit Court of Cook County, Illinois; County Department, Chancery Division

- *Niederklein v. PCS Edventures!.Com, Inc.,* Civil Action No. 1:10-cv-00479-CWD, United States District Court, District of Idaho

- *In re: PFF Bancorp, Inc. ERISA Litigation,* Case No. CV 08-01093 SVW (PLAx), United States District Court, Central District of California

- *Groen v. Polymedica Corporation,* C.A. No. 07-3352, Commonwealth of Massachusetts, Superior Court Department, Middlesex County

- *Nthenge v. Pressler And Pressler, LLP,* Master File No. C-00-1211-PH, United States District Court for the Northern District of California

- *Premier Open MRI, LLC v. Progressive American Ins. Co.,* Case No. 04-00021, Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida

- *Project HEART—Holocaust Era Asset Restitution Taskforce*

- *St. Pete MRI v. Hartford,* Case No. 10-03925, Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, Hillsborough County Civil Division

- *Special Situations Fund III, L.P. v. Quovadx, Inc.,* Case No. 04-cv-01006-RPM, United States District Court for the District of Colorado

- *In The Matter of The Investigation of Andrew M. Cuomo, Attorney General of the State of New York, of Radioshack Corporation,* AOD No. 09-148, Office of the Attorney General of the State of New York, Civil Rights Bureau

- *Friedman v. Rayovac Corporation,* Civil Action No. 02-CV-0308, United States District Court for the Western District of Wisconsin

- *In re RBC Dain Rauscher Overtime Litigation,* Master File No. 06-03093 JRT-FLN, United States District Court, District of Minnesota

- *In re RCN Corporation ERISA Litigation,* Master File No. 04-CV-5068 (FLW), United States District Court, District of New Jersey

- *In re Ready-Mixed Concrete Antitrust Litigation,* Case No. 1:05-cv-00979-SEB-VSS, United States District Court For The Southern District Of Indiana, Indianapolis Division

- *In re Reliant Securities Litigation,* Civil Action No. H-02-1810 (Consolidated), United States District Court, Southern District of Texas, Houston Division

- *Securities and Exchange Commission v. RenaissanceRe Holdings Ltd.,* Case No. 07-cv-00865 (GEL) ECF Case, United States District Court, Southern District of New York

- *In re RenaissanceRe Holdings Ltd. Securities Litigation,* Master File No. 1:05-cv-06764-WHP, United States District Court, Southern District of New York

- *Perez v. Rent-A-Center, Inc.,* Docket No. CAM-L-21-03, Superior Court of New Jersey, Law Division: Camden County

- *Securities and Exchange Commission v. Rockford Funding Group,* Civil Action No. 09-cv-10047, United States District Court, Southern District of New York

- *Police and Fire Retirement System of the City Of Detroit, et al. v. SafeNet, Inc., et al.,* Lead Case No. 06 Civ 5797 (PAC), United States District Court, Southern District of New York

- *Ragsdale v. SanSai USA, Inc.,* Case No. 07 CV 1246 WQH(CAB), United States District Court, Southern District of California

- *Stoffels v. SBC Communications, Inc.,* Case No. 5:05-CA-00233-WWJ, United States District Court for the Western District of Texas, San Antonio Division

- *Mantzouris v. Scarritt Motor Group, Inc.,* Case No. 8:03-CV-00150T-30-MSS, U.S.D.C., Middle District of Florida, Tampa Division

- *In re Schering-Plough Corporation ERISA Litigation,* Civil Action No. 03-1204 (KSH), United States District Court, District of New Jersey

- *In re Scottish Re Group Securities Litigation,* Case No. 06-CV-5853 (SAS), United States District Court, Southern District of New York

- *Epstein v. Sears,* Docket No. MID-L-003230-09, Superior Court of New Jersey, Union County-Law Division

- *In re Sears, Roebuck & Co. ERISA Litigation,* No. 02 C 8324, United States District Court, Northern District of Illinois

- *In re SFBC International, Inc. Securities & Derivative Litigation,* Case No. 2:06-cv-000165-SRC, United States District Court, District of New Jersey

- *Santos v. Silver,* Case No. MID-L-08188-07, Superior Court of New Jersey, Middlesex County

- *In re Sexy Hair Concepts, LLC,* Case No. 1:10-bk-25919-GM, United States Bankruptcy Court for the Central District of California, San Fernando Valley Division

- *Chao v. Slutsky* (MEBT ERISA), Case No. CV 01-7593 (SLT) (ETB), United States District Court, Eastern District of New York

- *Mayer, et al. v. Administrative Committee of the Smurfit-Stone Container Corporation Retirement Plans, et al.,* Case No. 1:09-cv-02984, United States District Court, Northern District of Illinois

- *Estep v. Smythe Volvo, Inc.,* Docket No. UNN-L-004184-03, Superior Court of New Jersey, Union County – Law Division

- *Kubota v. Walker,* Case No. 06-02446, District Court of Dallas County, Texas, 95th Judicial District

- *In re Sterling Financial Corporation Securities Class Action*, Civil Action No. 07-2171, United States District Court for the Eastern District of Pennsylvania

- *Evans v. Stewart Title Guaranty Company*, Case No. 04-06630-05, Circuit Court of the 17th Circuit, Broward County, Florida

- *Sokoloski v. Stewart Title Guaranty Company Settlement*, Case No. 3:08-cv-00236-AWT, United States District Court, District of Connecticut

- *Bauman v. Superior Financial Corp.,* Civ. Action No. 4-01-CV-00756 GH, United States District Court, Eastern District of Arkansas Western Division

- *In re: Supervalu, Inc. Securities Litigation*, Civil Action No. 02-CV-1738 (JEL/JGL), United States District Court for the District of Minnesota

- *In re Suprema Specialties, Inc. Securities Litigation*, Master File No. 02-168 (WHW), United States District Court, District of New Jersey

- *In re Symbol Technologies, Inc. Securities Litigation,* Case No. 02-CV-1383 (LDW), United States District Court, Eastern District of New York

- *Securities and Exchange Commission v. Take-Two Interactive Software, Inc.,* Civil Action No. 09-cv-03113, United States District Court, Southern District of New York

- *In re Take-Two Interactive Securities Litigation and SEC v. Brant*, No. 1:06-cv-00803-RJS, United States District Court, Southern District of New York

- *Croxall v. Tampa Hun L.P.,* Case No. 03-6201, The Circuit Court for the Thirteenth Judicial Circuit In and For Hillsborough County, Florida Civil Division

- *Securities and Exchange Commission v. Tecumseh Holdings Corporation, et al.,* 03 Civ. 5490 (SAS), United States District Court, Southern District of New York

- *Brieger v. Tellabs, Inc.,* Case No. 1:06-CV-1882, United States District Court, Northern District of Illinois, Eastern Division

- *Clemons v. Thompson,* Docket No. MON-L-001980-07, Superior Court of New Jersey, Monmouth County – Law Division

- *In re Ticketmaster Entertainment Shareholder Litigation,* Case No. BC407677, Superior Court for the State of California, County of Los Angeles, Central Civil West

- *Cement Masons & Plasterers Joint Pension Trust v. TNS, Inc.,* Case No. 1:06 CV 363 DMH/BRP, United States District Court, Eastern District of Virginia

- *Graham, et al. v. Town & Country Disposal of Western Missouri, Inc.,* Case No.: 4:10-CV-00551-NKL, In the United States District Court for the Western District of Missouri, Western Division

- *Montalvo v. Tripos, Inc., et al.,* Case No. 4:03CV995SNL, United States District Court, Eastern District of Missouri

- *Hargrave v. TXU Corp.,* Case No. 3:02-CV-2573-K, United States District Court, Northern District of Texas, Dallas Division

- *Overby v. Tyco International Ltd.,* Case No. 02-CV-1357-B, United States District Court, District of New Hampshire

- *In re: Tyson Foods, Inc. Securities Litigation,* Civil Action No. 01-425-SLR, United States District Court for the District of Delaware

- *SEC v. Value Line, Inc. et al.,* A.P. File No. 3-13675, Securities and Exchange Commission

- *Ace Marine Rigging & Supply, Inc. v. Virginia Harbor Services, Inc. et al.,* No. SACV11-00436-GW (FFMx) United States District Court for the Central District of California

- *Board of Commissioners of the Port of New Orleans v. Virginia Harbor Services, Inc. et al.,* No. SACV11-00437-GW (FFMx), United States District Court for the Central District of California

- *United Consumer Financial Services Company v. Carbo v. A&M Merchandising, Inc.,* Case No. L-3438-02, Superior Court of New Jersey Law Division: Hudson County

- *Zilhaver v. UnitedHealth Group Incorporated,* No. 06-C-2237, United States District Court, District of Minnesota

- *Valley National Bank v. Cahn,* Docket No. L-0504-04, Superior Court of New Jersey, Law Division of Mercer County

- *In re Vaso Active Pharmaceuticals Securities Litigation,* Master Docket No. 04-10708 (RCL), United States District Court, District of Massachusetts

- *In re Vaso Active Pharmaceuticals Derivative Litigation,* Master Docket No. 04-10792 (RCL) (Consolidated Derivative Action)

- *Clayton and Smith et al. v. Velociti, Inc. and Central States Thermo King, Inc.,* Case No. 08-cv-2298, United States District Court, District of Kansas at Kansas City

- *Southeast Texas Medical Associates, LLP v. VeriSign, Inc.*, Case No. 1-05-CV-035550, Superior Court of the State of California, County of Santa Clara

- *Corsello v. Verizon New York*, Index No. 39610/07, Supreme Court of the State of New York

- *In re Viisage Technology, Inc. Securities Litigation*, Civil Action No. 05-cv-10438-MLW, United States District Court, District of Massachusetts

- *In re Visionamerica, Inc. Securities Litigation*, Master File No. 3-00-0279, United States District Court, Middle District of Tennessee, Nashville Division

- *In re Vonage Initial Public Offering* (IPO) *Securities Litigation*, Docket No. 07-CV-177 (FLW/TJB), United States District Court, District of New Jersey

- *In re Warner Chilcott Limited Securities Litigation*, Case No. 06-CV-11515-WHP, United States District Court, Southern District of New York

- *Kay v. Wells Fargo & Company, Wells Fargo Bank, N.A., Northstar Mortgage Guaranty Reinsurance Company*, Case No. 07-01351 WHA, United States District Court for the Northern District of California

- *Miller v. Weltman, Weinberg & Reis Co., L.P.A.*, Case No. MID-L-006248-07, Superior Court of New Jersey, Law Division, Middlesex County

- *Securities and Exchange Commission v. WexTrust Capital, LLC*, Case No. 08-cv-7104 (DC), United States District Court, Southern District of New York

- *Sam v. White*, Cause No. 49D06-1006-PL-027492, State of Indiana, In the Marion Superior Court No. 6, Civil Division

- *Altier v. Worley FLSA*, Civil Action No. 11-241 c/w 11-242, United States District Court, Eastern District of Louisiana

- *In re YRC Worldwide, Inc. ERISA Litigation*, Case No. 2:09-cv-02953, United States District Court, District of Kansas

- *Securities and Exchange Commission v. Zomax, Inc., et al.*, Case No.: 05-cv-01128, United States District Court for the District of Minnesota

- *In re Zomax Inc. Securities Litigation, Civil Action No. 04-1155 (DWF/SRN), United States District Court, District of Minnesota*

## NOTABLE ENGAGEMENTS

**Project HEART—Holocaust Era Asset Restitution Taskforce.** In February 2011, A.B. Data was appointed as the Administrator of Project HEART (Holocaust Era Asset Restitution Taskforce) to provide the essential tools, strategy, and information that will ultimately enable the Government of Israel and its partners to secure a measure of justice for eligible Jewish victims and their heirs. Since its inception, Project HEART has become one of the most comprehensive multilingual notice campaigns ever undertaken, covering 126 countries. As part of its efforts, A.B. Data launched a multilingual, interactive website (heartwebsite.org), established a 24-hour call center in 13 languages, distributed more than 500,000 documents to potentially eligible families of Holocaust victims, handled over 80,000 calls, conducted archival research, and created the most comprehensive on-line repository in history with more than 2 million looted Holocaust era properties. In addition, A.B. Data reached out to 15,000 non-governmental organizations that are now engaged in the project, assisted thousands of Holocaust victims and their heirs, established an active social media campaign, held numerous press conferences, participated in dozens of radio programs, and processed tens of thousands of claims.

**Holocaust Victim Assets Litigation (Swiss Banks)—$1.25 billion settlement.** As the court-appointed notice administrator, Ms. Verkhovskaya played a key role in a worldwide Phase I notice program that resulted in the processing of more than 500,000 initial questionnaires. In Phase III, A.B. Data delivered notice to over 10,000 Jewish communities in 109 countries, and A.B. Data administered international help and call centers in Phases I and III that personally assisted more than 100,000 potential claimants. A.B. Data created a class-appropriate notice targeting Romanies (Gypsies) in 48 countries and directed hundreds of staff to communicate orally and directly with Romani communities and individuals. A.B. Data notified more than two million people and, as designated by the International Organization for Migration (IOM), directly assisted more than 22,000 Romanies in 17 countries of central and eastern Europe with claim completion.

**German Forced Labour Compensation Programme (GFLCP).** As designated by the IOM, A.B. Data, under the direction of Ms. Verkhovskaya, located more than 43,000 Romani survivors in 17 countries of central and eastern Europe who were potentially eligible for humanitarian aid. A.B. Data created a comprehensive database for the GFLCP and the Holocaust Victim Assets Programme and directly assisted more than 11,000 Romanies in eight central and eastern European countries with claim completion.


## ADDITIONAL INFORMATION

Prior to joining A.B. Data, Ms. Verkhovskaya served in a variety of consulting, community outreach, and film production roles. She has worked with Steven Spielberg, heading the European and Asian operations of the Shoah Foundation, was a producer of the 1999 Oscar-winning Best Documentary Feature, *The Last Days*, and won the 54th Annual Christopher Award in Television & Cable for her co-production efforts in *Children from the Abyss* (2001).

Ms. Verkhovskaya served on the Advisory Committee for New Émigrés, is a founding member of the Board of Directors of the Archive: Institute of Russian Jewish American Diaspora, and has performed as an Honorary Chair of Sir Martin Gilbert, a nonprofit organization founded to preserve the history and collective memory of the Jewish immigrant community from the former Soviet Union.

Exhibit 2



# creating lasting partnerships

**Innovative technology.**
**Extraordinary human talent.**
**Unmatched expertise, resources, and capacity.**

## ABOUT A.B. DATA

Founded in 1980, A.B. Data has earned an international reputation for expertly managing the complexities of class action administration in securities, Securities and Exchange Commission (SEC) enforcement actions, ERISA, consumer, antitrust, employment, civil rights, insurance, environmental, wage and hour, and other class action cases. A.B. Data's work in all aspects of class action administration has been perfected by decades of experience. Dedicated professionals deliver A.B. Data's all-inclusive services, working in partnership with its clients to administer their class action cases effectively, efficiently, and affordably, regardless of size or scope.

A.B. Data is the fastest-growing company in this industry, with more than $2.5 billion in settlements currently in various stages of administration. Ranked according to percentage of revenue growth from 2006 through 2009, A.B. Data was among the 5,000 fastest-growing companies on the *2010 Inc. 500|5000*, an exclusive ranking of the nation's entrepreneurial businesses. Based on revenue growth and a number of additional qualifying factors, we are the only class action administration company to achieve this elite standing in 2010.

Whether notifying millions of class members in the United States or throughout the world, processing millions of claims, or printing and distributing millions of checks, A.B. Data matches its talent and technology to the specific needs of its clients, delivering unparalleled service on time and on budget without ever compromising quality.

With more than 500 employees, A.B. Data offers unmatched resources and capacity, and is capable of expertly administering any class action notice, settlement, and/or fund administration. We offer the highest level of security and have the in-house capacity to mail four million personalized pieces every 24 hours. The company's 187,000-square-foot mail distribution center, with its own on-site United States Postal Service (USPS) substation, is one of the nation's largest and most advanced facilities. In addition, A.B. Data has been entrusted to MICR-print and mail 70,000 checks a week, totaling more than $1 billion annually, and has the capacity to print and mail one million checks per day.

A.B. Data has administered some of the largest and most complex class action cases in history. Our success is driven by passion for class action administration and our focus on client relationships. An intensely case-specific approach and a philosophy of respect and professionalism toward our clients and claimants guide every aspect of our work, from the presettlement phase through notice administration, claims processing, and fund distribution.

A.B. Data administers class action cases on schedule and on budget with accuracy and efficiency. Trust the extraordinary, experienced professional talent at A.B. Data, and retain our services.

info@abdataclassaction.com

| 244 Madison Avenue, 385 | 1808 Swan Street, N.W. | 3507 Kyoto Gardens Drive, 200 | 600 A.B. Data Drive |
|---|---|---|---|
| New York, NY 10016 | Washington, D.C. 20009 | Palm Beach Gardens, FL 33410 | Milwaukee, WI 53217 |
| p 646-290-9137 | p 202-462-2040 | p 561-336-1801 | p 414-961-6440 |
| f 646-290-6070 | f 202-462-2085 | f 561-336-1808 | f 414-961-7499 |



**A.B. DATA, LTD.**
abdataclassaction.com
New York | Washington, D.C. | Chicago | West Palm Beach | Milwaukee

# TABLE OF CONTENTS

**FACTORS THAT DIFFERENTIATE A.B. DATA**

**CLASS ACTION ADMINISTRATION SERVICES**

Presettlement Consultation

Notice Administration

Publication Notice

Reach and Frequency Analysis

Claims Processing

Development of Distribution Plan

Fund Distribution

Client Portal

Call Center

Website Services

Secure Environment

Data Security

Fraud Prevention and Detection

Accountability and Reporting

Community and Diversity

Environmentally-Friendly Business

**A.B. DATA'S LEADERSHIP**

**NOTABLE ENGAGEMENTS**



A.B. DATA, LTD.
abdataclassaction.com
New York | Washington, D.C. | Chicago | West Palm Beach | Milwaukee

# FACTORS THAT DIFFERENTIATE A.B. DATA

- A.B Data's competitive and transparent pricing structure contains no hidden fees or unpredictable hourly rates. No additional services or costs are incurred without clients' prior approval

- Our experienced class action administration team includes attorneys and CPAs that handle every aspect of the administration and deliver an impeccable work product with exemplary service. Our executive and management professionals have, on average, 14 years or more of industry experience and client services/project employees average 10 years

- We rapidly respond to our clients' needs and strive to exceed their expectations in every detail

- A.B. Data's notice programs are known worldwide for their innovation, efficiency, and compliance with due process requirements

- Our customized approach results in simplified claims processing, quick distributions, and considerable cost savings

- A.B. Data's proprietary fraud detection database prevents payment of fraudulent claims

- Our recently renovated call center operates 24/7 and contains state-of-the-art telecommunications systems designed to meet the requirements of all administration projects

- Our cutting-edge information and systems technologies enable us to provide superior quality control and assurance

- The proprietary online claims submission system allows class members to submit claims in a fast, flexible, and cost-effective manner

- A.B. Data offers the highest level of security and has the in-house capacity to mail four million personalized pieces every 24 hours. A.B. Data's 187,000-square-foot mail distribution center, with its own on-site USPS substation, is one of the nation's largest and most advanced facilities

- We maintain a neutral focus when working with its multiple clients, including class counsel, defense counsel, defendant companies, special masters, and claims-filing services

- A.B. Data's in-house print, mail, and operational facilities streamline communication and maintain the highest level of security

- Documents are designed to withstand legal scrutiny through accurate, efficient, and timely preparation

- Clients receive updates with the latest developments in class action and industry news

# CLASS ACTION ADMINISTRATION SERVICES

## PRESETTLEMENT CONSULTATION

A.B. Data helps its clients to prepare a stronger case. During investigation and discovery, our electronic records management and proven procedures enable our team to quickly provide a fully interactive media package for court presentations and settlement negotiations.

By retaining A.B. Data, clients gain confidence that their case management is rock-solid from the start with
- Document analysis, organization, and conversion into an interactive media package
- Consultation on proposed plans of allocation and damages analyses by experienced securities litigators and certified public accountants
- Assistance with "reach and frequency" analysis
- Consultation for designing and implementing preliminary notice programs that will withstand objections and challenges, as well as meet legal statutes and CAFA requirements
- Consultation to determine probable claim rates and settlement structures in an effort to avoid unexpected delays and additional costs that can arise when providing notice and distributing a settlement fund

## NOTICE ADMINISTRATION

A.B. Data is an industry leader in full-service class action notice administration. Our class action notice programs are known worldwide for their efficiency, effectiveness, affordability, and compliance with Federal Rule of Civil Procedure 23 and due process requirements. Our services include class member location; third-party outreach; and media, Internet, email, and direct-mail notice.

A.B. Data have designed and implemented some of the largest and most complicated national and international antitrust and class action notifications in the world. Globally, A.B. Data has successfully notified millions of class members throughout 137 countries in more than 80 languages. Domestically, as part of our multifaceted approach to class member location, A.B. Data is a licensee of various postal products, including NCOALink, which tracks millions of moves across the United States.

As a leading class action notice administrator, A.B. Data produces high volumes of notice documents with accuracy, speed, and quality. We print customized notice packages in a cost-efficient format that substantially improves the efficacy of the notice program.

A.B. Data's team of class action attorneys, professional proofreaders, and design specialists ensure that all notice packages are clear, accurate, and easy to understand.
- Identify and locate potential class members via proprietary methods and research tools
- Design and implement synergistic media notice campaigns (online, print, radio, and television)
- Develop and implement case-specific third-party outreach campaigns
- Coordinate legal translation of notice documents
- Draft CAFA notice, identify appropriate government agencies, and disseminate CAFA notice
- Utilize a proprietary list of over 5,000 domestic and international banks, brokers, and other nominees (for securities class action cases and SEC enforcement actions)

## PUBLICATION NOTICE

A.B. Data has formed an in-house Class Action Media Notice Division led by Linda V. Young, a media veteran with decades of class action media notice expertise in some of the most prominent cases in the industry. As Vice President, Media, Young will develop Media Notice Plans along with Anya Verkhovskaya, COO and Notice Expert, Heather Marsh, Director, Digital Marketing, and Kelly Gardner, Vice President, Direct Mail and List Services.



A.B. DATA, LTD.
abdataclassaction.com
New York  |  Washington, D.C.  |  Chicago  |  West Palm Beach  |  Milwaukee

The Media Notice Division will also provide expertise on Rule 23, MRI-generated audience analysis, reach and frequency analysis, plus direct-marketing tactics to reach unidentified class members. We are confident that under Young's leadership, the A.B. Data Media Division will continue to expand the array of targeted media solutions for Class Action Notice programs.

# CLAIMS PROCESSING

A.B. Data's customized approach combines accuracy, accountability, and speed with our human touch. Each claim is reviewed in detail and processed precisely in accordance with the court-approved plan of allocation or settlement stipulation. A.B. Data's claims-processing services include paper and electronic claims processing, with optical character recognition technology to convert claims and correspondence into electronically searchable databases.

A.B. Data's proprietary Claims Engine, created by expert software engineers in collaboration with the Claimant Services Department, offers an extremely flexible workflow engine that allows high-speed claims imaging and processing without compromising quality. The database's high level of automation allows maximum control and provides a comprehensive and accurate claims solution. The A.B. Data Claims Engine contains the following special features:

- Eligibility criteria formula, which allows automatic flagging of claimants who do not meet the established criteria
- High-speed,ba r-coded claims-processing system
- Complete tracking of all claims administration-related activities
- Case-specific algorithms and formulas for the calculation of individual payments and *pro rata* distribution.

When processing is complete and recommendations must be made to the court for settlement distribution, A.B. Data prepares timely affidavits that are accurate, concise, supported by the required documentation, and designed to withstand legal scrutiny. A.B. Data has the in-house capacity to process millions of pages, but every process is transparent,an d every claim is handled as if it were the only one.

Whether processing a claim form requires only a signature or detailed data with supporting documentation, A.B. Data's claims administration team

- Prepares affidavits and recommendations drafted by experienced class action litigators and accounting professionals
- Assures that lead plaintiff's claim is filed timely and correctly
- Verifies claims substantiations, as well as flag deficiencies and resolutions
- Detects and rejects fraudulent, duplicate, or excluded-party claims
- Processes exclusion requests and objections within two hours of receipt
- Calculates recognized losses and individual payments
- Manages claim-related correspondence
- Audits claims-processing, including quality control and quality assurance
- Provides comprehensive on-demand reporting

# DEVELOPMENT OF DISTRIBUTION PLAN

A.B. Data's team of fund administration professionals includes former class action attorneys, certified public accountants, and certified financial analysts and auditors. They bring years of dedicated experience assisting investors with SEC enforcement actions and private securities litigations.

We have developed hundreds of distribution plans, all in accordance with applicable orders, laws, regulations, policies, and procedures. Our customized approach to every case results in timely distributions, user-friendly claims processes, and greater cost savings. Depending upon the circumstances of each action, A.B. Data works in concert with our clients to conduct relevant economic and financial analyses, develop related methodologies for loss calculation, create appropriate plans of allocation, and if applicable, generate a targeted notice program and claims process.

## FUND DISTRIBUTION

A.B. Data provides a full-service solution to settlement fund distribution. Our team of certified public accountants and financial advisors expertly manages fund distribution while meeting legal, financial, and governmental requirements. We offer complete escrow services, establish qualified settlement funds; print and mail checks, vouchers, or coupons; electronically distribute cash or stock; and provide tax services.

- Establish and maintain accounts (escrow, FDIC-insured controlled distribution, or managed distribution), with daily account reconciliations and records of all distributions
- Create fund investment strategies
- Electronically transfer cash and/or common stock
- Utilize positive pay
- Securely print checks (up to a million per day)
- Monitor outstanding and cleared checks
- Investigate and attempt to resolve issues with undelivered checks
- Provide detailed reporting, including completion of the standardized fund accounting report (SFAR)
- Offer all-inclusive tax and accounting services, including 1099 and W-2 tax reporting

## CALL CENTER

A.B. Data's newly renovated, multilingual call center utilizes state-of-the-art telecommunications systems designed to meet the specific requirements of any administration project, as well as to maximize the financial and service goals of our clients.

The call center is managed by full-time staff well-versed in the specific details of every case. Our skilled multilingual customer service representatives are trained using case-specific materials and resources, and use telephone scripts written by our attorneys and approved by our clients.

Quality assurance and quality control procedures ensure the transmission of clear and accurate information to class members in a courteous and professional manner. The call center is able to handle large call volumes for notice mailing and emailing, claims administration, deficiency and rejection letter mailings, and distribution check mailing.

In addition to providing class members with superior quality service, our customer service representatives can respond to online and email inquiries; document notice, claim form, and call-back requests; and return calls within 24 hours regarding the status of the administration.

Clients may also utilize A.B. Data's advanced interactive voice response (IVR) system, which is a cost-effective way for class members to receive informational announcements, request notices and claim forms, and obtain case-specific details. The IVR system provides toll-free telephone numbers, multilingual customer service representatives,an d Teletype (TTY) for deaf and hearing-impaired individuals.

## WEBSITE SERVICES

In cases where a website is required, A.B. Data designs, hosts, and maintains a website wherein class members have access to relevant case information and updates, key documents, and downloadable notice and claim documents. Depending upon the circumstances of the case, the website could list the following:

- Case status
- Responses to frequently asked questions
- Online claim forms and instructions
- Case contact information

For all web-based features, A.B. Data's system has complete functionality using the three most recent versions of industry-standard browsers. Samples of case-specific websites developed by A.B. Data can be obtained by referencing cases on our website at abdataclassaction.com.

**ab**
**DATA**

A.B. DATA, LTD.
abdataclassaction.com
New York  |  Washington, D.C.  |  Chicago  |  West Palm Beach  |  Milwaukee

## SECURE ENVIRONMENT

A.B. Data's facilities provide the highest level of security and customization of security procedures, including

- A Secure Sockets Layer server
- Video monitoring
- Limited physical access to production facilities
- Lockdown mode when checks are printed
- Background checks of key employees completed prior to hire
- Police response time—two minutes
- Frequency of police patrol—under five minutes
- Disaster recovery plan available upon request

## DATA SECURITY

A.B. Data is committed to protecting the confidentiality, integrity, and availability of information we collect from our clients, investors, and class members. We transmit, save, and process an immense quantity of electronic information on a daily basis. A.B. Data's Information Security Policy contains procedures intended to address all information security issues for A.B. Data's divisions, departments, employees, vendors, and clients.

A.B. Data has a number of high-profile clients, including the Securities and Exchange Commission (SEC), the United States Government, and the Government of Israel, direct-banking and payment-service companies for popular brands,and some of the largest credit card issuers in the world.

A.B. Data is frequently subject to physical, logical, data, and information system security reviews and audits. We are compliant with our clients' security standards as well as with ISO/IEC 27001/2 and Payment Card Industry (PCI) data-security standards, the Gramm-Leach-Bliley Act of 1999, the National Association of Insurance Commissioners' regulations, the Health Insurance Portability and Accountability Act (HIPAA) of 1996, and the Health Information Technology for Economic and Clinical Health Act (HITECH).

The Government of Israel recently determined A.B. Data is compliant with its rigorous security standards in connection with its work on Project HEART (Holocaust Era Asset Restitution Taskforce).

A.B. Data's fund distribution team has been audited by EisnerAmper LLP and was found compliant with the class action industry standards and within 99% accuracy. EisnerAmper LLP is a full-service advisory and accounting firm and is ranked the 15th largest accounting firm in the United States.

In addition, as part of PCI compliance requirements, A.B. Data has multiple network scans and audits from third-party companies, such as SecurityMetrics and 403 Labs, and is determined to be compliant with each of them.

## FRAUD PREVENTION AND DETECTION

A.B. Data is at the forefront of class action fraud prevention. Anya Verkhovskaya, the Senior Executive Vice President and Chief Operating Officer, was recently chosen by Francis McGovern, the eminent legal practitioner and scholar at Duke University School of Law, to spearhead an industry-wide task force on fraud prevention and detection.

A.B. Data maintains and utilizes comprehensive proprietary databases and procedures to detect fraud and prevent payment of allegedly fraudulent claims. We are in constant communication and collaboration with federal, state, and local law enforcement agencies in an effort to identify and prevent fraudulent claims from being paid.

On a daily basis our fraud prevention research team collects and reviews media clippings regarding any ongoing or new investigations of potentially fraudulent filers. We also review and analyze various filing patterns across all existing cases and claims. A.B. Data's fraud prevention research team reviews the patterns on a quarterly basis. Potential fraudulent filers are reported to our clients as well as the appropriate governmental agencies.



A.B. DATA, LTD.
abdataclassaction.com
New York  |  Washington, D.C.  |  Chicago  |  West Palm Beach  |  Milwaukee

## ACCOUNTABILITY AND REPORTING

A.B. Data has the expertise necessary to provide project-management services to ensure that all work is completed timely, accurately, and precisely to our clients' specifications. Upon request, we provide affidavits detailing the methodologies employed in notice administration, claims processing, and fund administration, as well as expert testimony and audit trail reporting.

A.B. Data tracks and audits every aspect of daily production with
- Receipt of files (noting any issues with transmission)
- Status reports regarding claims or check status
- Audited and confirmed record counts
- Confirmation of mailings
- Inventory counts
- Daily production counts reported on a weekly basis.

Once funds are fully distributed, we provide a detailed accounting of fund sources and usage with a listing of individual disbursements. We maintain records of all disbursements to answer class member inquiries, investigate and resolve undelivered material, monitor outstanding and cleared checks, and maintain mailing and financial databases for an agreed-upon period.

## COMMUNITY AND DIVERSITY

A.B. Data maintains employment policies that highlight and support diversity within the company, and utilizes employment programs that benefit minorities in the community. At the company's mail processing center located in a HUBZone (Historically Underutilized Business Zone), more than half of the employees are minorities. A.B. Data continues to partner with community organizations to increase minority employment opportunities and benefits.

By participating in employment service programs, such as the Transitional Jobs Demonstration Project, A.B. Data helps to create jobs and build partnerships that improve people's lives with valued job opportunities. Operated by Policy Studies, Inc. (PSI), this important project helps to connect Milwaukee-area employers with qualified job seekers.

As part of the 30th Street Industrial Corridor, a nonprofit organization that advocates on behalf of the corridor-area community, A.B. Data works diligently to restore the economic vitality of the area, providing industry, jobs,an d safety to its members, residents, and visitors.

In addition, A.B. Data's mail processing center is located in Milwaukee's Renewal Community, a targeted area that was designated for renewal from 2002 to 2009. A.B. Data partnered with other businesses to guide and promote development that created jobs, generated wealth, and strengthened the urban environment.

A.B. Data maintains its assistance to workers in need of additional services through State of Wisconsin employment programs, such as Welfare-to-Work (WtW), so that eligible employees receive FoodShare and medical benefits, as well as daycare services. Through participation in these and other available employment programs, A.B. Data continues in its commitment to enhancing people's lives by providing quality employment opportunities.

## ENVIRONMENTALLY-FRIENDLY BUSINESS

A.B. Data conserves its resources and operates as a green business. Paper claim forms are imaged and stored on A.B. Data's secure SQL server and all claims processing is done electronically. We emphasize the need for recycling and encourage the use of recycled products. Our policies compel employees to turn off their computers when not in use, and email communications are encouraged to the extent possible.

A.B. Data's new headquarters in Milwaukee was designed with the environment in mind. Upon purchasing the 16-acre campus in September 2007, A.B. Data renovated the 30-year-old building, utilizing natural elements such as cork, bamboo, and concrete, and upgraded its mechanical and electrical systems to optimize efficiency. For its efforts, A.B. Data took second place in *The Business Journal* of Milwaukee's Real Estate Awards for the Best Environmentally Friendly Project.

**ab**
**DATA**

A.B. DATA, LTD.
abdataclassaction.com
New York | Washington, D.C. | Chicago | West Palm Beach | Milwaukee                    P a g e | 8 of 12

# A.B. DATA'S LEADERSHIP

A.B. Data's administration team is composed of the following key executives, who collectively have decades of experience litigating, settling, and administering class actions.

**Bruce A. Arbit, Co-managing Director,** one of the founders of the A.B. Data Group, serves as Chairman of the Board. Additionally, Mr. Arbit is the Chairman of the United Israel Appeal and has served as President and General Campaign Chair of the Milwaukee Jewish Federation. Mr. Arbit currently serves as the Treasurer of the Jewish Telegraphic Agency and on the Boards of the Milwaukee Jewish Community Foundation and the American Joint Jewish Distribution Committee. Mr. Arbit has been a member of the Jewish Agency for Israel Board of Governors since June 2002, is a member of the Jewish Agency Executives, and chairs the Committee on Israel Government Relations. Mr. Arbit served as a Director of a Community Bank for over 25 years.

**Thomas Glenn, President.** Mr. Glenn's top-level management of the Class Action Administration Company includes designing and implementing notice plans and settlement administration programs for antitrust, securities, Securities and Exchange Commission settlements and disgorgement fund distributions, as well as consumer, employment, insurance, and civil rights actions. Mr. Glenn served for more than 10 years as Executive Vice President for Rust Consulting.

**Anya Verkhovskaya, Partner and Chief Operating Officer,** winner of the 2011 Best Executive Stevie Award for Women in Business, has over 13 years of experience administering class actions. Ms. Verkhovskaya has overseen the administration of hundreds of class action cases, including mortgage-related matters, securities, human rights, product liability, ERISA, employment, discrimination, antitrust, and consumer, as well as fund distributions in Securities and Exchange Commission enforcement actions. Ms. Verkhovskaya oversees all aspects of administration to ensure the delivery of an impeccable product and exemplary service. Ms. Verkhovskaya leads a team of legal, accounting, finance, information systems, information technology, claims administration, and facilities and operations professionals. Additionally, Ms. Verkhovskaya was appointed by the Government of Israel the Administrative Director of the Holocaust Era Asset Restitution Taskforce.

**Linda Young, Vice President of Media,** oversees the Media Department and is responsible for the direction, development and implementation of media notice plans for A.B. Data's class action clients. Prior to joining A.B. Data, Ms. Young served as the Principal of Mile Marker Zero, LLC, a full-service marketing and advertising consulting firm. She has over 20 years of marketing, advertising, and media planning experience, managing advertising for brands such as Georgia-Pacific, American Express, Denny's and Coca-Cola. In addition, Ms. Young has developed and implemented national and international print and earned media notice programs in some of the industry's leading pharmaceutical, insurance, and securities class action cases, including Premarin, Unity Life Insurance Co., and Morgan Stanley.

**Al Wichtoski, CPA, Vice President and Chief Financial Officer,** began as a Controller with A.B. Data over 20 years ago. Mr. Wichtoski rose to a number of corporate administrative and financial management positions before realizing his current role with the company. Mr. Wichtoski attained his financial management expertise through a broad range of roles, including bank liaison, Internal Revenue Service conduit, and final compliance officer for all financial accounts associated with A.B. Data. Mr. Wichtoski responsibilities include risk management, budgeting, tax-filing, statement preparation, and financial analysis.

**Eric Miller, Vice President of Case Management,** oversees the Case Management Department and supervises the operations and procedures of all of A.B. Data's class action administration cases. Prior to joining A.B. Data, Mr. Miller served as the Client Service Director for Rust Consulting, responsible there for its securities practice area. He has over 12 years of operations, project management, quality assurance, and training experience in the class action administration industry. Mr. Miller manages A.B. Data's office in Palm Beach Gardens, Florida.

**Kathy Versteegh, Vice President of Client Services and Marketing,** has been with A.B. Data since 1993. Ms. Versteegh is currently responsible for Business Critical Communications, client service operations, and



A.B. DATA, LTD.
abdataclassaction.com
New York | Washington, D.C. | Chicago | West Palm Beach | Milwaukee

marketing, in addition to serving as a Security Team and Corporate Management Team member. Ms. Versteegh has earned U.S. Postal Service and Postal Customer Council (PCC) professional certificates in Management and Leadership, Intelligent Mail, Enhancing Mail Value, Mail Center Operations, and PCC Leadership. In May 2010, Ms. Versteegh was elected the United States Postal Customer Council Co-Chair. Currently, Ms. Versteegh is serving her second term as Co-Chair. With over 20 years of marketing services experience, Ms. Versteegh offers an outstanding track record in business/organizational development, client satisfaction, and marketing strategies that include print, internet, mail, trade show, and other sales and marketing communications.

**Lizabeth Ludowissi, MQCCS, Vice-President of Production** is responsible for overseeing the production of all A. B. Data Group mailings and special projects. Ms. Ludowissi has experience in virtually every role in the company, which provides her invaluable insight into the needs of our clients. During her tenure, Ms. Ludowissi has worked to streamline our Production Department, implementing strict quality controls and overseeing all scheduling and coordination, including print purchasing as well as data processing, personalization and mailshop services. As a Mailpiece Quality Control Certified Specialist (MQCCS), Ms. Ludowissi acts as Postal Liaison on all United States Postal Service (USPS) related matters. Ms. Ludowissi is a member of the Wisconsin Direct Marketing Association and the Milwaukee Postal Customer Council.

**Paul Sauberer, Account Executive,** is responsible for overseeing quality assurance and process management, working diligently to mitigate risk, ensure exceptional quality control, and develop seamless calculation programming. Mr. Sauberer brings over 14 years of experience as a quality assurance specialist with a leading claims processing company where he developed extensive knowledge in securities class action administration.

**Christina Peters-Stasiewicz, Account Executive,** has nearly 10 years of extensive experience in class action administration, administering high-volume securities litigations as well as consumer, wage and hour, antitrust, ERISA, product liability and insurance-related matters. Ms. Peters-Stasiewicz facilitates and oversees the notice process, summary notice publication, website design and maintenance, call center management, claims processing, settlement fund allocation and disbursement, and client reporting and affidavits effectively and cost-efficiently. Ms. Peters-Stasiewicz has managed many cases with over 500,000 class members and brings the highest level of commitment and quality to each of her client engagements.

**Adam Walter, Account Executive,** has over six years experience managing a range of securities class action settlements and SEC disgorgement funds totaling more than $2 billon.  This includes overseeing notice dissemination programs, implementing complex claims processing and allocation methodologies, establishing quality assurance and control procedures, and managing the distribution of settlement funds. Mr. Walter frequently consults with clients in planning, reporting, and management of each unique case to ensure all requirements and objectives are met.  Mr. Walter's background as Project Manager for a leading claims administrator brings expertise on the development of case administration strategies and service methodologies to A.B. Data's Class Action Administration Company.

**Linda Smith, CPA, Financial Analyst,** has over a decade of experience as a broker-dealer auditor, trainer, manager, and is a Certified Anti-Money Laundering Specialist. Ms. Smith is responsible for managing and performing financial analysis, reviewing plans of allocation, working with independent distribution consultants, and performing account reconciliations for fund distributions. Prior to joining A.B. Data, Ms. Smith conducted audits for Northwestern Mutual, where Ms. Smith was a subject-matter expert for anti-money laundering and broker-dealer audits. Ms. Smith was also in charge of performing financial and compliance audits for broker-dealers and futures-commission merchants at the Chicago Board of Trade.

**Kevin Ziegler, Information Systems Manager,** brings over 12 years of website, custom software development, network design and implementation, and business consulting skills to A.B. Data's Class Action Administration Division. Mr. Ziegler is responsible for overseeing all aspects of A.B. Data's technical processes and determining how they can best be leveraged throughout the administration and fund distribution process. In addition, Mr. Ziegler analyzes business lines and internal processes to ensure efficiencies across A.B. Data.

**Eric Schultz, MCSE, Information Technology Manager and Security Team Chairperson,** has been with A.B. Data for more than 10 years, and is currently responsible for overseeing all information

technology areas for all A.B. Data divisions across the United States and abroad. As a Microsoft Certified Systems Engineer (MCSE) with over 20 years of experience in information technology systems and solutions, Mr. Schultz has developed specializations in network security, infrastructure, design/architecture, telephony and high availability network systems.

**Dan Rieck, Esq., Associate Account Executive,** has seven years of experience as a criminal defense lawyer, personally litigating a number of jury trials and independently managing all legal research associated with cases. Attorney Rieck also served as Judge Advocate General's Corps in the United States Army Reserve, and was deployed to Iraq as the Chief of Legal Services and the Officer in Charge of Foreign Claims. Attorney Rieck's strong experience in criminal law, claims management, and research serve to bring clients clear, concise class action administration services.

**Meghan Nemiroff, Esq., Associate Account Executive,** is responsible for managing client engagements while ensuring the highest level of customer satisfaction and providing ongoing counsel to assist clients with meeting all their class action administration goals. Attorney Nemiroff brings leadership, value, and experience to all projects attorney Nemiroff oversees, enabling A.B. Data to facilitate seamless administrations from notice to disbursement.

**Nicholas Hoffman, Esq., Account Executive,** provides the legal insight needed to ensure efficiency and accuracy in all areas of class action administration, including research, review, data gathering and assessment, plan preparation, and settlement. Attorney Hoffman, a former Director of Public Affairs and General Counsel for a large financial services software company, built his legal career on his class action experience, in both law and business.

**Rebekah Thigpen, Esq., Case Coordinator,** provides legal and administrative support for clients and key personnel, coordinating day-to-day case administration. Attorney Thigpen began with A.B. Data as a Team Leader, where attorney Thigpen managed the claims administration of dozens of settlements, supervised claims processing and ensured compliance with court ordered guidelines. As Case Coordinator, attorney Thigpen is responsible for drafting legal documents, creating and managing case websites, and handling client/claimant communications. In addition, attorney Thigpen provides quality control of case distributions. Attorney Thigpen holds a Juris Doctorate from Marquette University Law School.

**Anike Tansey, Business Development Director,** provides expertise in legal marketing strategies and brings extensive experience in client relations to A.B. Data's business development team. Previously, Ms. Tansey served the legal industry as part of the marketing group at a major class action law firm specializing in securities and antitrust litigation. Ms. Tansey's knowledge and understanding of the class action industry, as well as her client relationship skills, expand A.B. Data's capacity to effectively achieve its business development and marketing goals.

## NOTABLE ENGAGEMENTS

### Holocaust Era Asset Restitution Taskforce (Project HEART)

An initiative of the Government of Israel and the Jewish Agency for Israel (JAFI), Project HEART—Holocaust Era Asset Restitution Taskforce—aims to provide the tools, strategy, and information to bring about a small measure of justice to eligible heirs of Jewish victims, the victims themselves, and the Jewish people.

During the initial phase, Project HEART is focusing on identifying individuals in 137 countries with potential claims regarding the following types of private property for which no restitution was received after the Holocaust era: (1) private property that was located in countries that were controlled by the Nazi forces or Axis powers at any time during the Holocaust era; (2) private property that belonged to Jewish persons as defined by Nazi/Axis racial laws; and (3) private property that was confiscated, looted, or forcibly sold by the Nazi forces or Axis powers during the Holocaust era.

## Obama for America 2008 and 2012

Retained by Obama for America in 2007, A.B. Data was responsible for designing, analyzing, and directing the grassroots fundraising efforts for the presidential campaign of 2008. From February 2007 to Election Day, A.B. Data's direct marketing efforts helped to elect President Barack Obama, raising almost $108 million in the mail from over 700,000 donors. As a result, A.B. Data has been reappointed to lead President Obama's 2012 direct marketing campaign in an attempt to gain re-election. As the sole administrator of the direct marketing campaign for Obama for America 2012, A.B. Data designs, prints, and mails each direct marketing piece to raise money and awareness about President Obama's candidacy and efforts for re-election in 2012.

## Doctors Without Borders

In 2009, A.B. Data was chosen to manage all facets of the direct mail program for Doctors Without Borders/Médecins Sans Frontières (MSF). MSF is one of the most respected organizations in the world, having won the 1999 Nobel Peace Prize for their emergency medical humanitarian response to people around the world caught in armed conflict; suffering from epidemics, malnutrition, and natural disasters without access to health care. They are known for their fierce independence and their refusal to look the other way when a crisis is caused by the failure of a government, either through passive or aggressive actions. MSF raises $84 million a year through the direct marketing program, and they mail 17 million prospect pieces annually. MSF's house file consists of 465,000 12-month donors and about 800,000 lapsed donors—and they have 38,000 monthly donors. MSF's total house file volume is 11 million a year.

## Holocaust Victim Assets Litigation (Swiss Banks)—$1.25 billion settlement

As a court-appointed notice administrator, A.B. Data played a key role in a worldwide Phase I notice that resulted in the processing of more than 500,000 initial questionnaires. In Phase III, A.B. Data delivered notice to over 10,000 Jewish communities in 109 countries, and administered international help and call centers in Phases I and III that personally assisted more than 100,000 potential claimants.

A.B. Data created a class-appropriate notice targeting Romanies (Gypsies) in 48 countries and directed hundreds of staff to communicate orally and directly with Romani communities and individuals. A.B. Data notified more than two million people and, as designated by the International Organization for Migration (IOM), directly assisted more than 22,000 Romanies in 17 countries of central and eastern Europe with claim completion.

## German Forced Labour Compensation Programme (GFLCP)

As designated by the IOM, A.B. Data located more than 43,000 Romani survivors in 17 countries of central and eastern Europe who were potentially eligible for humanitarian aid. A.B. Data created a comprehensive database for the GFLCP and the Holocaust Victim Assets Litigation and directly assisted more than 11,000 Romanies in eight central and eastern European countries with claim completion.

A.B. DATA, LTD.
abdataclassaction.com
New York | Washington, D.C. | Chicago | West Palm Beach | Milwaukee