# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED BY __ABM__
Deputy Clerk

**Jul 21, 2015**

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIA

Douglas J. Mincher
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 21, 2015

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 15-11269-BB
Case Style: Matthew Benzion v. Robert Schwimmer, et al
District Court Docket No: 0:12-cv-61826-WJZ

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DOUGLAS J. MINCHER, Clerk of Court

Reply to: Carol R. Lewis, BB
Phone #: (404) 335-6179

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

No. 15-11269-BB

MATTHEW BENZION,

                                                                                            Plaintiff - Appellee,

versus

ROBERT F. SCHWIMMER,
CAROLE SCHWIMMER,
DONALD A. YARBROUGH,

                                                                                           Defendants - Appellants.

On Appeal from the United States District Court for the
Southern District of Florida

BEFORE:    HULL and JULIE CARNES, Circuit Judges.

BY THE COURT:

      Appellants' motion to dismiss the appeal with prejudice, with the parties to bear their own costs, is GRANTED.